USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA TORRES,

                Plaintiff,

v.

NEW YORK UNIVERSITY HOSPITAL,

                Defendant.

21-CV-7228 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff Maria Torres brings this action on behalf of her mother, Rosa Pena, against Defendant New York University Hospital, alleging denial of potentially life-saving treatment in the form of a dialysis procedure known as CRRT.

    On August 30, 2021, the Court dismissed the action without prejudice on the basis that Plaintiff, who had neither alleged that she was an attorney or that her mother was incompetent, could not bring a *pro se* action on behalf of another. *See* 28 U.S.C. § 1654. Plaintiff has moved to reconsider that decision on the basis that Plaintiff is an attorney licensed in New Jersey who has "Power of Attorney and Health Care Proxy" with respect to her mother. *See* Dkt. 5 at 2.

    The parties are hereby ORDERED to appear before this Court on September 1, 2021 at 12:30 p.m. to determine whether Plaintiff has standing to bring this action. The Court will hold this hearing by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order, the Complaint, and Summons upon Defendant by 10:00 a.m. on September 1, 2021.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff. In light of the time sensitive nature of this filing, the Court will also send a copy to Plaintiff via email.

SO ORDERED.

Dated:    August 31, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge