USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA TORRES,

                Plaintiff,

v.

NEW YORK UNIVERSITY HOSPITAL,

                Defendant.

21-CV-7228 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at today's emergency proceeding, Plaintiff Maria Torres may bring an action in this Court on behalf of her mother only if she is represented by a licensed attorney. *See Berrios v. NYCHA*, 564 F.3d 130, 134 (2d Cir. 2009); *see also* Fed. R. Civ. P. 17(c) (outlining the requirements under which "a minor or incompetent person" may bring legal action by a representative). Because Ms. Torres is not a licensed attorney admitted to practice in the Southern District of New York, the motion for reconsideration of this Court's dismissal is denied.

    This Court dismissed the action without prejudice. *See* Dkt. 4. Accordingly, should Ms. Torres decide to pursue this action in this Court, she must do so through a licensed attorney. Should Plaintiff need assistance, she may wish to consult the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

    Plaintiff has represented that Defendant New York University Hospital has not yet been served with a copy of the complaint. As discussed at today's proceeding, "the plaintiff [in a

federal action] is responsible for having the summons and complaint served." Fed. R. Civ. P. 4(c) Service must comply with the requirements of Federal Rule of Civil Procedure 4.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, and to terminate the item at docket number 5. In light of the time sensitive nature of this filing, the Court will also send a copy to Plaintiff via email.

SO ORDERED.

Dated:  September 1, 2021
        New York, New York

                                        Ronnie Abrams
                                        United States District Judge